JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAC Inc. d.b.a. NAC Architecture,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARTIK ART & ARCHITECTURE, a California corporation; and DOES 1 through 20, inclusive,<br><br>　　　　Defendant. | Case No. 2:24-cv-06955-AB-ASx<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **65 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 5, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.